**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Edward F. Mott and Edward M. Mott, | ) | No. CV-08-0829-PHX-MEA |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| Steven Caravello and Avis Caravello, husband and wife, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

        Upon consideration of the Stipulation for Extension of Time for the parties to exchange settlement memoranda and submit same to settlement Judge Lawrence O. Anderson, and good cause appearing,

        **IT IS ORDERED** that the parties shall have until **October 20, 2008** to exchange their settlement memoranda and submit same to settlement Judge Lawrence O. Anderson.

        DATED this 17th day of October, 2008.

Lawrence O. Anderson
United States Magistrate Judge